[No. 2358–3. Division Three. June 22, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES STRAND, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 3589, Richard G. Patrick, J., entered February 4, 1977. *Affirmed* by unpublished opinion per Roe, J., concurred in by Munson, C.J., and Green, J.

[No. 2347–3. Division Three. June 22, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT CHARLES HILL, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 20251, Howard Hettinger, J., entered March 31, 1977. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green and Roe, JJ.

[No. 4887–1. Division One. June 26, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH GLEN TICE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 7701, Dennis J. Britt, J., entered June 11, 1976. *Affirmed* by unpublished opinion per Callow, J., concurred in by James and Williams, JJ.